IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Mark A. Sprague

Debtor

Bankruptcy No. 17-70212-JAD
Chapter 13

Movant: Mark A. Sprague

v.

Respondent (if none, then "No Respondent")
No Respondent

Document No.

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name: Verizon - Bankruptcy Dept
    Incorrect Address: PO Box 3037
    Bloomington, IL 61702-3037

Corrected Address:

    Creditor Name: Verizon - Bankruptcy Dept
    Correct Address: PO Box 3397
    Bloomington, IL 61702

Dated 05/25/2017

Electronic Signature of Debtor(s)' Attorney
/s/ Brian P. Cavanaugh

Typed Name
Brian P. Cavanaugh

Address
229 South Maple Avenue
Greensburg, PA 15601
bcavanaugh@greensburglaw.com

Phone No.
(724) 836-0321, ext. 12

Bar I.D. and State of Admission
PA ID #72691