IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Mark A. Sprague, | ) | Case No. 17-70212-JAD |
| | ) | |
| Debtor. | ) | Chapter 13 |
| _____ | | |
| Mark A. Sprague, | ) | |
| Movant | ) | |
| | ) | Related to Doc. No. 32 and 33 |
| vs. | ) | |
| | ) | |
| Portfolio Recovery Associates, LLC, | ) | Hearing Date: 6/30/17 at 10:00 a.m. |
| Respondent. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO AVOID LIEN

The undersigned hereby certifies that of the date hereof, no objection, or other responsive pleading to the Motion to Avoid Lien filed on May 12, 2017, and served on May 12, 2017 has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer or other responsive pleading to the Motion appears thereon.

Pursuant to the Notice of Hearing with Response Deadline dated May 12, 2017, Responses were to be filed and served no later than June 2, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                            Respectfully submitted,

Date: 06/20/2017                    By:  /s/ Brian P. Cavanaugh
                                            Brian P. Cavanaugh
                                            Attorney for Movant
                                            PA ID #72691

                                            Stewart, McArdle, Sorice, Whalen,
                                            Farrell, Finoli & Cavanaugh, LLC
                                            229 South Maple Avenue
                                            Greensburg, PA  15601
                                            724-836-0321, ext. 12
                                            Fax: (724) 836-0321, ext. 12
                                            Email: bcavanaugh@greensburglaw.com