## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | | |
| Mark A. Sprague, | ) | Case No. 17-70212-JAD |
| | ) | |
| Debtor. | ) | Chapter 13 |
| _____ | | |
| | | |
| Mark A. Sprague, | ) | |
| Movant | ) | |
| | ) | Related to Doc. No. 28 and 29 |
| vs. | ) | |
| | ) | |
| Midland Funding, LLC, | ) | Hearing Date: 6/30/17 at 10:00 a.m. |
| Respondent. | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION TO AVOID LIEN

The undersigned hereby certifies that of the date hereof, no objection, or other responsive pleading to the Motion to Avoid Lien filed on May 12, 2017, and served on May 12, 2017 has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer or other responsive pleading to the Motion appears thereon.

Pursuant to the Notice of Hearing with Response Deadline dated May 12, 2017, Responses were to be filed and served no later than June 2, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

Date: 06/20/2017

By: /s/ Brian P. Cavanaugh
Brian P. Cavanaugh
Attorney for Movant
PA ID #72691

Stewart, McArdle, Sorice, Whalen,
Farrell, Finoli & Cavanaugh, LLC
229 South Maple Avenue
Greensburg, PA  15601
724-836-0321, ext. 12
Fax: (724) 836-0321, ext. 12
Email: bcavanaugh@greensburglaw.com