IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. |
| | : | Chapter |
| Debtor | : | |
| | : | |
| | : | Document No. |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:

    Incorrect Address:


Corrected Address:

    Creditor Name:

    Correct Address:


Dated

                                                   Electronic Signature of Debtor(s)' Attorney

                                                   Typed Name

                                                   Address



                                                   Phone No.

                                                 Bar I.D. and State of Admission