IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Mark A. Sprague | : | Bankruptcy No. 17-70212-JAD |
| | : | Chapter    13 |
| Debtor | : | |
| | : | |
| | : | Document No. |
| Movant  Mark A. Sprague | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |
| No Respondent | | |

NOTICE OF CHANGE OF ADDRESS

**Undeliverable Address:**

Creditor Name:    Verizon - Bankruptcy Dept

Incorrect Address: PO Box 3397
Bloomington, IL 61702-3397

**Corrected Address:**

Creditor Name:    Verizon - Bankruptcy Dept

Correct Address:  PO Box 4846
Trenton, NJ 08650

Dated    12/20/2017

Electronic Signature of Debtor(s)' Attorney
/s/ Brian P. Cavanaugh

Typed Name
Brian P. Cavanaugh

Address
229 South Maple Avenue
Greensburg, PA 15601
bcavanaugh@greensburglaw.com

Phone No.
(724) 836-0321, ext. 12

Bar I.D. and State of Admission
PA ID #72691