## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

11/12/2020

IN RE:

MARK A. SPRAGUE                                    Case No.17-70212 JAD
50 EAST RANSON AVENUE
BLAIRSVILLE, PA 15717                               Chapter 13
XXX-XX-1988          Debtor(s)

---

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/12/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  5359/PRAE |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  WALMART/PRAE | |

| | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  JPMORGAN CHASE/PRAE | |

| | | |
|---|---|---|
| **ALLY FINANCIAL(*)** | Trustee Claim Number:3   INT %: 14.00% | CRED DESC:  VEHICLE |
| ATTN TRUSTEE PAYMENT CENTER | Court Claim Number:2 | ACCOUNT NO.:  4975 |
| PO BOX 78367 | | |
| | CLAIM:  4,034.02 | |
| PHOENIX, AZ  85062-8367 | COMMENT:  3995.52/PL@14%MDF | |

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| C/O LOANCARE LLC | Court Claim Number:13 | ACCOUNT NO.:  3319 |
| PO BOX 8068 | | |
| | CLAIM:  0.00 | |
| VIRGINIA BEACH, VA  23450 | COMMENT:  622.48/PL*PMT/DECLAR*DKT4PMT-LMT*1ST/SCH*BGN 4/17*FR JPMORGAN-DOC 5! | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  NO$~JPMORGAN CHASE~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **LENDMARK FINANCIAL SERVICES LLC** | Trustee Claim Number:6   INT %: 8.00% | CRED DESC:  VEHICLE |
| 2118 USHER ST | Court Claim Number:3 | ACCOUNT NO.:  9158 |
| | CLAIM:  4,072.58 | |
| COVINGTON, GA  30014 | COMMENT:  $CL3GOV@8%MDF~PMT/CONF*4076/PL@8%MDF*PRORATA/PL | |

| | | |
|---|---|---|
| **MIDLAND FUNDING** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT:  SEC/SCH*AVD/DOE*CL@CID 36 | |

| | | |
|---|---|---|
| **MIDLAND FUNDING** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT:  SEC/SCH*AVD/DOE*CLM@CID 29 | |

| | | |
|---|---|---|
| **PRA AG FUNDING LLC** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PORTFOLIO RECOVERY ASSOC | Court Claim Number: | ACCOUNT NO.: |
| 120 CORPORATE BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23502 | COMMENT:  SEC/SCH*AVD/OE*CLM@CID 26 | |

| | | |
|---|---|---|
| **DOMESTIC RELATIONS OBLIGATION** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  SUPPORT/ALIMONY CONT. |
| RECIPIENT | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| | COMMENT:  NO$~BECKY BUSANI~ND ADR/SCH*NT PROV/PL | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **BLAIRSVILLE-SALTSBURG SD & BLAIRSVILLE** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| C/O BERKHEIMER ASSOC - DLNQ CLLCTR | Court Claim Number:4 | ACCOUNT NO.: 1988 |
| HAB DLT LEGAL | | |
| PO BOX 20662 | CLAIM: 22.00 | |
| LEHIGH VALLEY, PA 18002-0662 | COMMENT: CL4GOV/CONF*1988;14,15*131/PL~2015*W/32 | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:1-2 | ACCOUNT NO.: 1988 |
| PO BOX 7317 | | |
| | CLAIM: 3,563.58 | |
| PHILADELPHIA, PA 19101-7317 | COMMENT: CL1-2GOV*3629/PL*AMD | |

| | | |
|---|---|---|
| **DOMESTIC RELATIONS SECTION** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| INDIANA COUNTY | Court Claim Number: | ACCOUNT NO.: |
| 665 PHILADELPHIA ST STE 101 | | |
| | CLAIM: 0.00 | |
| INDIANA, PA 15701 | COMMENT: NO$~NTC ONLY~ | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:5 | ACCOUNT NO.: 1988 |
| STRAWBERRY SQ | | |
| | CLAIM: 325.30 | |
| HARRISBURG, PA 17128 | COMMENT: 358/PL | |

| | | |
|---|---|---|
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 5008 | Court Claim Number:12 | ACCOUNT NO.: 9175 |
| | CLAIM: 245.73 | |
| CAROL STREAM, IL 60197-5008 | COMMENT: AFNI/SCH | |

| | | |
|---|---|---|
| **ANTARCTIC EMERGENCY PHYSICIANS** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 38041 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19101 | COMMENT: | |

| | | |
|---|---|---|
| **BLATT HASENMILLER LEIBSKER & MOORE LLC** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1835 MARKET ST STE 501 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19103 | COMMENT: NO$~PORTFOLIO~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **CBCS** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 2724 | Court Claim Number: | ACCOUNT NO.: 6356 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43216-2724 | COMMENT: WASHINGTON HEALTH GREENE/SCH | |

| | | |
|---|---|---|
| **DANIEL JOSEPH SANTUCCI ESQ** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1 INTERNATIONAL PLAZA 5TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19113 | COMMENT: NO$~MIDLAND FUNDING~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **FIRST COMMONWEALTH BANK*** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 400* | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| INDIANA, PA 15701 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **WEBCOLLEX LLC** | Trustee Claim Number:21 INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JD RECEIVABLES LLC | Court Claim Number:15 | ACCOUNT NO.:  6395 |
| PO BOX 382656 | | |
| | CLAIM:  0.00 | |
| MEMPHIS, TN  38183 | COMMENT:  SURR/PL*$0@SEC/CL*UNS/SCH@KAY/STERLING*W/38 | |

| | | |
|---|---|---|
| **L S MARKOWITX OD AND ASSOC** | Trustee Claim Number:22 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 101 HERITAGE RUN RD STE 2 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| INDIANA, PA  15701 | COMMENT: | |

| | | |
|---|---|---|
| **MIDLAND FUNDING** | Trustee Claim Number:23 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT:  CITIBANK~GECRB~DANIEL SANTUCCI~MIDLAND/SCH | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF LABOR & INDUSTRY (OFFI** | Trustee Claim Number:24 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| UI PAYMENT SERVICES  (INDV UC OP) | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 67503 | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106-9894 | COMMENT:  ND MORE INFO/SCH | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC\*** | Trustee Claim Number:25 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:6 | ACCOUNT NO.:  8103 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  1,036.00 | |
| PITTSBURGH, PA  15212 | COMMENT: | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:26 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:14 | ACCOUNT NO.:  1053 |
| | CLAIM:  1,001.15 | |
| NORFOLK, VA  23541 | COMMENT:  NO ACCT/WFNB~BON TON~GECRB~OLD NAVY/SCH F*AVD/DOE@CID 9 | |

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** | Trustee Claim Number:27 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:8 | ACCOUNT NO.:  9190 |
| | CLAIM:  392.15 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT:  915X/SCH | |

| | | |
|---|---|---|
| **WADES BODY & FRAME SHOP INC** | Trustee Claim Number:28 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 71 N MAIDEN | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WAYNESBURG, PA  15370 | COMMENT: | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:29 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGE | Court Claim Number:9 | ACCOUNT NO.:  5359 |
| PO BOX 2011 | | |
| | CLAIM:  767.62 | |
| WARREN, MI  48090 | COMMENT:  529X/SCH*GECRB/WALMART*JDGMT LIEN AVD/DOE@CID 8 | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE\*** | Trustee Claim Number:30 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:1-2 | ACCOUNT NO.:  1988 |
| PO BOX 7317 | | |
| | CLAIM:  421.56 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NO GEN UNS/SCH*AMD | |

**CLAIM RECORDS**

---

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O LOANCARE LLC | Court Claim Number:13 | ACCOUNT NO.: 3319 |
| PO BOX 8068 | | |
| | CLAIM: 8,042.81 | |
| VIRGINIA BEACH, VA 23450 | COMMENT: 10k/PL*1ST/SCH*THRU 3/17*FR JPMORGAN-DOC 58 | |

---

| | | |
|---|---|---|
| **BLAIRSVILLE-SALTSBURG SD & BLAIRSVILLE** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| C/O BERKHEIMER ASSOC - DLNQ CLLCTR | Court Claim Number:4 | ACCOUNT NO.: 1988 |
| HAB DLT LEGAL | | |
| PO BOX 20662 | CLAIM: 117.00 | |
| LEHIGH VALLEY, PA 18002-0662 | COMMENT: CL4GOV/CONF*1988;15*NT PROV/PL*W/11 | |

---

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:5 | ACCOUNT NO.: 1988 |
| STRAWBERRY SQ | | |
| | CLAIM: 15.80 | |
| HARRISBURG, PA 17128 | COMMENT: NO GEN UNS/SCH | |

---

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:7 | ACCOUNT NO.: 0001 |
| | CLAIM: 249.84 | |
| OKLAHOMA CITY, OK 73124-8838 | COMMENT: ACCT NT/SCH | |

---

| | | |
|---|---|---|
| **DSO Receipient** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: SUPPORT/ALIMONY CONT. |
| | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| | COMMENT: N ID 239656 | |

---

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:10 | ACCOUNT NO.: 0259 |
| PO BOX 2011 | | |
| | CLAIM: 956.52 | |
| WARREN, MI 48090 | COMMENT: SEC/SCH-AVD/DOE~SEE CID 7*CITIBANK/CITGO*JUDGMENT | |

---

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:11 | ACCOUNT NO.: 9134 |
| PO BOX 2011 | | |
| | CLAIM: 348.23 | |
| WARREN, MI 48090 | COMMENT: ACCT NT/SCH*CITIBANK/SEARS | |

---

| | | |
|---|---|---|
| **WEBCOLLEX LLC** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JD RECEIVABLES LLC | Court Claim Number:15 | ACCOUNT NO.: 6395 |
| PO BOX 382656 | | |
| | CLAIM: 793.64 | |
| MEMPHIS, TN 38183 | COMMENT: KAY/STERLING JEWELERS/SCH*W/21 | |

---

| | | |
|---|---|---|
| **SHAPIRO & DENARDO LLC*** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 3600 HORIZON DR STE 150 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| KING OF PRUSSIA, PA 19406 | COMMENT: JPMORGAN CHASE/PRAE | |