IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Mark A. Sprague,                       )         Case No. 17-70212-JAD
                                       )
              Debtor                   )         Chapter 13

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is required to pay Domestic Support Obligation and the Debtor has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the plan).

3. The Debtors is entitled to a discharge under the terms of §1328 of the Bankruptcy Code.  The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in §1328(f)(1) of the Bankruptcy Code.  §1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

3. On March 22, 2021, at docket number 69, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

This Certification is being signed under penalty of perjury by Brian P. Cavanaugh, Esquire, undersigned counsel who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

                                                      Respectfully submitted,

Date:  03/23/2021                  /s/ Brian P. Cavanaugh
                                                  Brian P. Cavanaugh, Esquire
                                                  PA ID #72691
                                                  Attorney for Debtor

                                                  Stewart, McArdle, Sorice, Whalen,
                                                  Farrell, Finoli & Cavanaugh, LLC
                                                  229 South Maple Avenue
                                                  Greensburg, PA  15601
                                                  (724) 836-0321, ext. 12
                                                  Fax: (724) 836-0224
                                                  bcavanaugh@greensburglaw.com