**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mark A. Sprague** | Social Security number or ITIN  xxx–xx–1988 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **17–70212–JAD** | |

# Order of Discharge                                                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Mark A. Sprague

<u>6/2/21</u>                                                                        **By the court:**        <u>Jeffery A. Deller</u>
                                                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Mark A. Sprague  
    Debtor

Case No. 17-70212-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: dkam     Page 1 of 3  
Date Rcvd: Jun 02, 2021     Form ID: 3180W     Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark A. Sprague, 50 East Ranson Avenue, Blairsville, PA 15717-1239 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14383043 | + | Antarctic Emerg Phys, LLC, PO Box 38041, Philadelphia, PA 19101-0806 |
| 14383045 | | Berkheimer, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14401592 | + | Berkheimer Assoc-Agent Blairsville-Saltzburg SD Bl, 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14383046 | + | Blatt, Hasenmiller, Leibsker & Moore LLC, Frank Janello, Esquire, 1835 Market Street, Suite 501, Philadelphia, PA 19103-2933 |
| 14383047 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14383048 | + | Daniel J. Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14383053 | + | KML Law Group, PC, Rebecca A. Solarz, Esq., Suite 5000-BNY Mellon Independence Cente, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14383052 | | Kay Jewelers/Sterling Jewelers, Inc., PO Box 1799, Akron, OH 44309-1799 |
| 14383054 | + | L S Markowitx OD & Assoc, Inc, 101 Heritage Run Rd, Suite 2, Indiana, PA 15701-4501 |
| 15191100 | + | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 14383055 | + | Lendmark Financial Services, LLC, 3100 Oakland Ave, Unit 9, Indiana, PA 15701-3240 |
| 14383057 | + | Office of UC Benefits, Claimant Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14383058 | + | PA Child Support Enforce, Domestic Relations, 825 Philadelphia Street, Indiana, PA 15701-3934 |
| 14383059 | | PA Department of Revenue, Bureau of Compliance, Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14383060 | | Peoples Natural Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14520214 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14383063 | + | Wade's Body & Frame Shop, Inc., 71 N. Maiden Street, Waynesburg, PA 15370-1713 |
| 14662002 | + | WebCollex LLC, c/o JD Receivables LLC, PO Box 382656, Germantown, TN 38183-2656 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jun 03 2021 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 03 2021 02:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jun 03 2021 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 03 2021 02:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14383042 | EDI: GMACFS.COM | Jun 03 2021 03:43:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 14394999 | EDI: GMACFS.COM | Jun 03 2021 03:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14657217 + | EDI: AIS.COM | Jun 03 2021 03:43:00 | Directv, LLC, by American InfoSource LP as |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14383049 | | Email/Text: bankruptcynotice@fcbanking.com | Jun 03 2021 02:05:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701 |
| 14383050 | + | EDI: IRS.COM | Jun 03 2021 03:43:00 | IRS, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14383051 | | EDI: JPMORGANCHASE | Jun 03 2021 03:43:00 | JP Morgan Chase, PO Box 24696, Columbus, OH 43224-0696 |
| 14658234 | | EDI: JPMORGANCHASE | Jun 03 2021 03:43:00 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14399007 | | Email/Text: ktramble@lendmarkfinancial.com | Jun 03 2021 02:05:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington GA 30014 |
| 14651397 | + | EDI: MID8.COM | Jun 03 2021 03:43:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14383056 | + | EDI: MID8.COM | Jun 03 2021 03:43:00 | Midland Funding LLC, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 14383061 | | EDI: PRA.COM | Jun 03 2021 03:43:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14660188 | | EDI: PRA.COM | Jun 03 2021 03:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14384272 | + | EDI: RECOVERYCORP.COM | Jun 03 2021 03:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14404079 | | EDI: PENNDEPTREV | Jun 03 2021 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14404079 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 03 2021 02:05:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14522545 | + | EDI: AIS.COM | Jun 03 2021 03:43:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14383062 | + | EDI: VERIZONCOMB.COM | Jun 03 2021 03:43:00 | Verizon - Bankruptcy Dept, PO Box 4846, Trenton, NJ 08650-4846 |
| 14383064 | | EDI: RMSC.COM | Jun 03 2021 03:43:00 | Walmart - Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14383041 | | EDI: AFNIRECOVERY.COM | Jun 03 2021 03:43:00 | afni, 1310 Martin Luther King Drive, Po Box 3427, Bloomington, IL 61702-3427 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| 14383044 | | Becky Busani |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 17-70212-JAD    Doc 81    Filed 06/04/21    Entered 06/05/21 00:38:56    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-7 | User: dkam | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Jun 02, 2021 | Form ID: 3180W | Total Noticed: 40 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2021                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian P. Cavanaugh | on behalf of Debtor Mark A. Sprague bcavanaugh@greensburglaw.com  bpcsecretary@greensburglaw.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |
| Maria Miksich | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 8