**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/2/21 6:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    MARK A. SPRAGUE

            Debtor(s)

    Ronda J. Winnecour
            Movant
        vs.
    No Repondents.

**DEFAULT O/E JAD**

Case No. 17-70212-JAD

Chapter 13

Related To No. 72

**ORDER OF COURT**

    AND NOW, this 2nd day of June, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4) Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

    JEFFERY A. DELLER
    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70212-JAD |
| Mark A. Sprague | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: dkam | Page 1 of 3 |
| Date Rcvd: Jun 02, 2021 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark A. Sprague, 50 East Ranson Avenue, Blairsville, PA 15717-1239 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14383043 | + | Antarctic Emerg Phys, LLC, PO Box 38041, Philadelphia, PA 19101-0806 |
| 14383045 | | Berkheimer, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14401592 | + | Berkheimer Assoc-Agent Blairsville-Saltzburg SD Bl, 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14383046 | + | Blatt, Hasenmiller, Leibsker & Moore LLC, Frank Janello, Esquire, 1835 Market Street, Suite 501, Philadelphia, PA 19103-2933 |
| 14383047 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14383048 | + | Daniel J. Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14383053 | + | KML Law Group, PC, Rebecca A. Solarz, Esq., Suite 5000-BNY Mellon Independence Cente, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14383052 | | Kay Jewelers/Sterling Jewelers, Inc., PO Box 1799, Akron, OH 44309-1799 |
| 14383054 | + | L S Markowitx OD & Assoc, Inc, 101 Heritage Run Rd, Suite 2, Indiana, PA 15701-4501 |
| 15191100 | + | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 14383055 | + | Lendmark Financial Services, LLC, 3100 Oakland Ave, Unit 9, Indiana, PA 15701-3240 |
| 14383057 | + | Office of UC Benefits, Claimant Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14383058 | + | PA Child Support Enforce, Domestic Relations, 825 Philadelphia Street, Indiana, PA 15701-3934 |
| 14383059 | | PA Department of Revenue, Bureau of Compliance, Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14383060 | | Peoples Natural Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14520214 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14383063 | + | Wade's Body & Frame Shop, Inc., 71 N. Maiden Street, Waynesburg, PA 15370-1713 |
| 14662002 | + | WebCollex LLC, c/o JD Receivables LLC, PO Box 382656, Germantown, TN 38183-2656 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14383042 | | Email/Text: ally@ebn.phinsolutions.com | Jun 03 2021 02:05:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 14394999 | | Email/Text: ally@ebn.phinsolutions.com | Jun 03 2021 02:05:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14657217 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 03 2021 01:37:07 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14383049 | | Email/Text: bankruptcynotice@fcbanking.com | Jun 03 2021 02:05:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701 |
| 14383050 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 03 2021 02:05:00 | IRS, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14383051 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 03 2021 01:38:48 | JP Morgan Chase, PO Box 24696, Columbus, OH 43224-0696 |
| 14658234 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 03 2021 01:38:48 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14399007 | | Email/Text: ktramble@lendmarkfinancial.com | Jun 03 2021 02:05:00 | Lendmark Financial Services, LLC, 2118 Usher |

Case 17-70212-JAD    Doc 82    Filed 06/04/21    Entered 06/05/21 00:38:56    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-7 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2021 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Street, Covington GA 30014 |
| 14651397 | + | Email/Text: bankruptcydpt@mcmcg.com Jun 03 2021 02:05:00 | | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14383056 | + | Email/Text: bankruptcydpt@mcmcg.com Jun 03 2021 02:05:00 | | Midland Funding LLC, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 14383061 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2021 01:35:13 | | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14660188 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2021 01:35:13 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14384272 | + | Email/PDF: rmscedi@recoverycorp.com Jun 03 2021 01:38:49 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14404079 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Jun 03 2021 02:05:00 | | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14522545 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 03 2021 01:35:17 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14383062 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 03 2021 02:05:00 | | Verizon - Bankruptcy Dept, PO Box 4846, Trenton, NJ 08650-4846 |
| 14383064 | | Email/PDF: gecsedi@recoverycorp.com Jun 03 2021 01:38:47 | | Walmart - Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14383041 | | Email/Text: EBNProcessing@afni.com Jun 03 2021 02:05:00 | | afni, 1310 Martin Luther King Drive, Po Box 3427, Bloomington, IL 61702-3427 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| 14383044 | | Becky Busani |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2021                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-7 | User: dkam | Page 3 of 3 |
| Date Rcvd: Jun 02, 2021 | Form ID: pdf900 | Total Noticed: 38 |

Brian Nicholas
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Brian P. Cavanaugh
    on behalf of Debtor Mark A. Sprague bcavanaugh@greensburglaw.com  bpcsecretary@greensburglaw.com

Kevin Scott Frankel
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com

Maria Miksich
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8